**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Southern District Of New York _____

Case number (*if known*): _____     Chapter _11_

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.*

| | |
|---|---|
| 1. **Debtor's name** | 183 Reserve, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | d/b/a "1849" |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 0 8 9 7 6 2 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 183 Bleeker Street<br>Number     Street | Number     Street |
| | P.O. Box |
| New York          NY     10013<br>City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| NEW YORK<br>County | Number     Street |
| | City          State     ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | www.1849nyc.com |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | 183 Reserve, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　　　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.　Debtor _____　Relationship _____

　　　　　District _____　When _____
　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known _____

---

Debtor    183 Reserve, Inc.
_____    Case number (*if known*)_____
          Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____    _____    _____
City                       State         ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name    _____

         Phone           _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | 183 Reserve, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
               MM  / DD / YYYY

✗ _____          Mario Yagobi
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✗ _____          Date _____
Signature of attorney for debtor                    MM  / DD / YYYY

Douglas J. Pick, Esq.
Printed name

Pick & Zabicki LLP
Firm name

369 Lexington Avenue, 12th Floor
Number      Street

New York                                    NY        10017
City                                        State     ZIP Code

(212) 695-6000                              dpick@picklaw.net
Contact phone                               Email address

_____          _____
Bar number                                  State

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re:

                                  Case No. BKY

183 Reserve, Inc.,

  Debtor(s)                               Chapter 11 Case

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mario Yagobi, declare under penalty of perjury that I am the President of 183 Reserve, Inc., a New York corporation and that on February 5, 2016 the following resolution was duly adopted by the Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mario Yagobi, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mario Yagobi, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Mario Yagobi, President of this corporation, is authorized and directed to employ Douglas J. Pick, Esq., attorney and the law firm of Pick & Zabicki LLP to represent the corporation in such bankruptcy case."

| Executed on: | Signed: |
|---|---|
| | Mario Yagobi   *(Name and Address of Subscriber)* |

**Fill in this information to identify the case:**

Debtor name   183 Reserve, Inc.

United States Bankruptcy Court for the:     Southern District Of New York

Case number (If known):     _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Farhad Charmforoosh 2625 N. Clark Street Chicago, IL60614-1852 | | 2013 Loan | | | | $220,000.00 |
| 2  Yama Management 1677 Lexington Avenue #2C New York, NY10029 | | 2016 Loan to Pay Sales Taxes | | | | $103,000.00 |
| 3  183 Bleeker Street, LLC See Attachment 1 114 Old Country Road, Suite 680 Mineola, NY11501 | | Commercial Lease Obligations | | | | $83,000.00 |
| 4  The City of New York c/o Leopold, Gross & Sommers, P.C. 16 Court Street, #1903 Brooklyn, NY11241 | | Taxes and Other Government Debts | | | | $11,050.00 |
| 5  DeCicco & Associates, PLLC 259 Liberty Avenue Staten Island, NY10305 | | Legal Services | | | | $2,000.00 |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor    183 Reserve, Inc.
_____          Case number (if known)_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Attachment

Debtor: 183 Reserve, Inc.      Case No:

Attachment 1

c/o The Law Offices of Chapman & Associates, PLLC

**Fill in this information to identify the case:**

Debtor name _____ **183 Reserve, Inc.** _____

United States Bankruptcy Court for the: _____ **Southern District of New York** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................ $ 191,600.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................ $ 191,600.00

---

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D*............................... $ 85,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................... $ 474,050.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................... + $ 408,000.00

4. **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b                                                                          $ 967,050.00

**Fill in this information to identify the case:**

Debtor name __183 Reserve, Inc.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $ 100.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Sterling National Bank | Checking | 9  7  0  1 | $ 500.00 |
| 3.2. | | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| | | Current value of debtor's interest |
|---|---|---|
| 4.1. | | $ |
| 4.2. | | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. → $ 600.00

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | Description | Current value of debtor's interest |
|---|---|---|
| 7.1. | Security Deposit With Landlord | $ 20,000.00 |
| 7.2. | Security Deposit With Con Edison | $ 3,000.00 |

Debtor    183 Reserve, Inc.                                                Case number (if known)_____
      Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    $23,000.00

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                      **Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $1,000.00 | – | $0.00 | = ........ → | $1,000.00 |
| 11b. Over 90 days old: | $0.00 | – | $0.00 | = ........ → | $0.00 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $1,000.00

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                  **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:               % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor _____183 Reserve, Inc._____    Case number *(if known)*_____
            Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | __MM / DD / YYYY__ | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | __MM / DD / YYYY__ | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | __MM / DD / YYYY__ | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| <u>See Attachment 1</u> | __MM / DD / YYYY__ | $_____ | _____ | $_____ |
| See Attachment 2: Additional Inventory (Other Inventory or Supplies) | | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 12,000.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor      183 Reserve, Inc. _____    Case number (if known)_____
                   Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                        $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                        $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor ____183 Reserve, Inc._____    Case number *(if known)*_____
        Name

---

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☒  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    See Attachment 3_____    $_____    _____    $_____

    See Attachment 4: Additional Machinery, Fixtures, and Equipment

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $155,000.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☒  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒  No

☐  Yes

---

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>"1849" | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or** intellectual property<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    183 Reserve, Inc.                                            Case number (if known)_____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒  No
☐  Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒  No
☐  Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒  No
☐  Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐  No. Go to Part 12.
☒  Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor)<br>_____  ___  _____  = →<br>Total face amount  doubtful or uncollectible amount |  | $_____ |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>_____  Tax year _____<br>_____  Tax year _____<br>_____  Tax year _____ |  | $_____<br>$_____<br>$_____ |
| 73.  **Interests in insurance policies or annuities**<br>_____ |  | $_____ |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>_____<br>Nature of claim  _____<br>Amount requested  $_____ |  | $_____ |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>_____<br>Nature of claim  _____<br>Amount requested_  $_____ |  | $_____ |
| 76.  **Trusts, equitable or future interests in property**<br>_____ |  | $_____ |
| 77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership<br>See Attachment 5 _____<br>_____ |  | $Unknown<br>$_____ |
| 78.  **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. |  | $0.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒  No
☐  Yes

Official Form 206A/B             Schedule A/B: Assets — Real and Personal Property             page 7

Debtor ___183 Reserve, Inc._____   Case number (if known)_____
     Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 600.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 23,000.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 1,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 12,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment, and collectibles. *Copy line 43, Part 7.* | $ 0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 155,000.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ..........................91a. | $ 191,600.00 | 91b. + $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................  $ 191,600.00

Attachment 1/2
Debtor: 183 Reserve, Inc.    Case No:

Attachment 1

Food Inventory
Cost
4,000.00

Liquor Inventory
Cost
8,000.00

Attachment 2: Additional Inventory (Other Inventory or Supplies)
Description: Liquor Inventory
Book Value:
Valuation method: Cost
Value: $8,000.00

Attachment 3

4 Chandeliers
45,000.00

Taxidermy Items
10,000.00

Restaurant Tables, Chairs, Televisions, Dishware, Etc.
25,000.00

Point of Sale System, Fax Machine, Cameras and Sound System
25,000.00

Kitchen Equipment
50,000.00

Attachment 4: Additional Machinery, Fixtures, and Equipment
Description: Taxidermy Items
Book Value:
Value: $10,000.00

Description: Restaurant Tables, Chairs, Televisions, Dishware, Etc.
Book Value:
Value: $25,000.00

Attachment 2/2
Debtor: 183 Reserve, Inc.        Case No:

Description: Point of Sale System, Fax Machine, Cameras and Sound System
Book Value:
Value: $25,000.00

Description: Kitchen Equipment
Book Value:
Value: $50,000.00

Attachment 5

Point of sale system and main computer in possession of NYS for sales tax audit

**Fill in this information to identify the case:**

Debtor name __183 Reserve, Inc.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1** Creditor's name
__ARF Financial__

Creditor's mailing address
__3 Waters Park Drive, Suite 231__
__San Mateo, California 94403__

Creditor's email address, if known
_____

Date debt was incurred    __See Attachment 1__
Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
__All Assets__

Describe the lien
__First Priority Security Interest__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ 85,000.00
Column B: $ 168,600.00

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 0.00
Column B: $ 0.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 85,000.00

Debtor ___183 Reserve, Inc._____  Case number *(if known)*_____
      Name

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ARF Financial<br>c/o Corporation Service Company, P.O. Box 2576<br>Springfield, Illinois 62708 | Line 2. 1 | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |

# Attachment
## Debtor: 183 Reserve, Inc.          Case No:

Attachment 1

Claim Amount is Estimated

| Fill in this information to identify the case: |
|---|
| Debtor    183 Reserve, Inc. |
| United States Bankruptcy Court for the:   Southern District of New York |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
Internal Revenue Service
See Attachment 1
Philadelphia, Pennsylvania 19101-7346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Total claim: $ Unknown    Priority amount: $ Unknown

**Date or dates debt was incurred**
2012-2015 Federal Taxes

**Basis for the claim:**
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** | **Priority creditor's name and mailing address**
NYC Dept. of Finance
345 Adams Street, 3rd Floor, Attn: Legal Affairs
Brooklyn, New York 11201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Total claim: $ Unknown    Priority amount: $ Unknown

**Date or dates debt was incurred**
2012-2015 City Taxes

**Basis for the claim:**
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** | **Priority creditor's name and mailing address**
NYS Dept. of Tax & Fin.
See Attachment 2
Albany, New York 12205-0300

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Total claim: $ 463,000.00    Priority amount: $ Unknown

**Date or dates debt was incurred**
See Attachment 2

**Basis for the claim:**
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor  183 Reserve, Inc.
        Name                                                    Case number (if known) _____

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

$ Unknown        $ Unknown

NYS Dept. of Tax & Fin.
See Attachment 3
Albany, New York 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
2012-2015 State Taxes

Basis for the claim:
Taxes and Other Government Debts

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.5** Priority creditor's name and mailing address

$ 11,050.00        $ 11,050.00

The City of New York
See Attachment 4
Brooklyn, New York 11241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Fines Per Judgment/Stipulation

Basis for the claim:
Taxes and Other Government Debts

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.6** Priority creditor's name and mailing address

$ 0.00        $ 0.00

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.7** Priority creditor's name and mailing address

$_____    $_____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

Debtor    183 Reserve, Inc.                                         Case number (if known)_____
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
183 Bleeker Street, LLC

See Attachment 5

Mineola, New York 11501

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commercial Lease Obligations

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83,000.00

---

**3.2** | **Nonpriority creditor's name and mailing address**
DeCicco & Associates, PLLC

259 Liberty Avenue
Staten Island, New York 10305

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.3** | **Nonpriority creditor's name and mailing address**
Farhad Charmforoosh

2625 N. Clark Street
Chicago, Illinois 60614-1852

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 2013 Loan

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 220,000.00

---

**3.4** | **Nonpriority creditor's name and mailing address**
Yama Management

1677 Lexington Avenue #2C
New York, New York 10029

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 2016 Loan to Pay Sales Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 103,000.00

---

**3.5** | **Nonpriority creditor's name and mailing address**
_____

_____

_____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.6** | **Nonpriority creditor's name and mailing address**
_____

_____

_____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor __183 Reserve, Inc._____    Case number *(if known)*_____
     Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line ____ / ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    183 Reserve, Inc.
          Name                                                    Case number *(if known)*_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $474,050.00 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $408,000.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $882,050.00 |

# Attachment
## Debtor: 183 Reserve, Inc.        Case No:

**Attachment 1**

      **P.O. Box 7346, Centralized Insolvency Operations**

**Attachment 2**

      **Bankruptcy/Special Procedures Section, P.O. Box 5300**
      **2004-2015 Sales Taxes (Estimated Amount)**

**Attachment 3**

      **Bankruptcy/Special Procedures Section, P.O. Box 5300**

**Attachment 4**

      **c/o Leopold, Gross & Sommers, P.C., 16 Court Street, #1903**

**Attachment 5**

      **c/o The Law Offices of Chapman & Associates, PLLC 114 Old Country Road, Suite 680**

**Fill in this information to identify the case:**

Debtor name  183 Reserve, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): _____    Chapter  11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease of 1st Floor and Basement | 183 Bleeker Street, LLC |
| | | | 1040 First Avenue |
| | | | #329 |
| | State the term remaining | 16 Years | New York          New York          10022 |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease of 2nd Floor | 183 Bleeker Street, LLC |
| | | | 1040 First Avenue |
| | | | #329 |
| | State the term remaining | 16 Years | New York          New York          10022 |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease of 3rd Floor | 183 Bleeker Street, LLC |
| | | | 1040 First Avenue |
| | | | #329 |
| | State the term remaining | 16 Years | New York          New York          10022 |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  183 Reserve, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| **2.1** Mario Yagubi<br>183 Bleeker Street (Street)<br>New York, New York 10013 (City, State, ZIP Code) | | Internal Revenue Service<br>See Attachment 1 | ☐ D<br>☒ E/F<br>☐ G |
| **2.2** <br>Street<br>City State ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |
| **2.3** <br>Street<br>City State ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |
| **2.4** <br>Street<br>City State ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |
| **2.5** <br>Street<br>City State ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |
| **2.6** <br>Street<br>City State ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |

# Attachment
## Debtor: 183 Reserve, Inc.        Case No:

Attachment 1

    NYS Dept. of Tax & Fin., Schedule E/F
    NYC Dept. of Finance, Schedule E/F
    NYS Dept. of Tax & Fin., Schedule E/F
    183 Bleeker Street, LLC, Schedule E/F

Fill in this information to identify the case and this filing:

Debtor Name  183 Reserve, Inc.

United States Bankruptcy Court for the:    Southern District Of New York

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

❑  Amended *Schedule* _____

❑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____                  ✗  _____
MM / DD / YYYY                                        Signature of individual signing on behalf of debtor

Mario Yagobi
_____
Printed name

President
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  183 Reserve, Inc.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2016 to Filing date <br> MM / DD / YYYY | ☒ Operating a business <br> ☐ Other _____ | $ TO BE PROVIDED |
| **For prior year:** From 01/01/2015 to 12/31/2015 <br> MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business <br> ☐ Other _____ | $ TO BE PROVIDED |
| **For the year before that:** From 01/01/2014 to 12/31/2014 <br> MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business <br> ☐ Other _____ | $ TO BE PROVIDED |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2016 to Filing date <br> MM / DD / YYYY | | Loans | $ 103,000.00 |
| **For prior year:** From 01/01/2015 to 12/31/2015 <br> MM / DD / YYYY    MM / DD / YYYY | | | $ 0.00 |
| **For the year before that:** From 01/01/2014 to 12/31/2014 <br> MM / DD / YYYY    MM / DD / YYYY | | | $ 0.00 |

Debtor     <u>183 Reserve, Inc.</u>                               Case number *(if known)*_____
              Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | TO BE PROVIDED<br><sub>Creditor's name</sub><br><br><sub>Street</sub><br><br><sub>City      State    ZIP Code</sub> | _____<br><br>_____<br><br>_____ | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | <sub>Creditor's name</sub><br><br><sub>Street</sub><br><br><sub>City      State    ZIP Code</sub> | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | <sub>Insider's name</sub><br><br><sub>Street</sub><br><br><sub>City      State    ZIP Code</sub><br><br>**Relationship to debtor** | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | <sub>Insider's name</sub><br><br><sub>Street</sub><br><br><sub>City      State    ZIP Code</sub><br><br>**Relationship to debtor** | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Debtor    183 Reserve, Inc.                                          Case number *(if known)*_____
            Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City               State    ZIP Code | | | |
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City               State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City               State    ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment 1 | Eviction | Civil Court | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | New York County | ☐ Concluded |
| | Case number | | Street | |
| | 72735/15 | | | |
| | | | City            State    ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☒ Pending |
| | See Attachment 2 | Eviction | Civil Court | ☐ On appeal |
| | Case number | | Name | ☐ Concluded |
| | | | New York County | |
| | 80660/1 | | Street | |
| | | | City            State    ZIP Code | |

| Debtor | 183 Reserve, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| NYS Dept. of Taxation & Finance | See Attachment 3 | $ Unknown |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City          State          ZIP Code | **Case number** | Street |
| | Sales Tax Audit | |
| | **Date of order or assignment** | City          State          ZIP Code |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $ |

---

Debtor    183 Reserve, Inc.                                    Case number (if known)_____
         Name

<table>
<tr><td>**Part 6:**</td><td>**Certain Payments or Transfers**</td></tr>
</table>

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pick & Zabicki LLP | | 2/5/2016 | $ 8,000.00 |
| | **Address** | | | |
| | 369 Lexington Avenue, 12th Floor | | | |
| | Street | | | |
| | New York          NY          10017 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | dpick@picklaw.net | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor    183 Reserve, Inc.
_____
Name

Case number (if known)_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ City    State    ZIP Code | |
| 14.2. | _____ Street | From _____ To _____ |
| | _____ City    State    ZIP Code | |

Debtor    183 Reserve, Inc._____    Case number (if known)_____
          Name

| Part 8: | Healthcare Bankruptcies |
|---------|------------------------|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------|---------|---------|

15.1.

Facility name _____    _____

Street _____    _____

_____

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |

City    State    ZIP Code    _____

_____

Check all that apply:
☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

15.2.

Facility name _____    _____

Street _____    _____

_____

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |

City    State    ZIP Code    _____

_____

Check all that apply:
☐ Electronically
☐ Paper

| Part 9: | Personally Identifiable Information |
|---------|--------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

      ☐ No
      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |

_____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

      Has the plan been terminated?

      ☐ No
      ☐ Yes

Debtor    183 Reserve, Inc._____    Case number (if known)_____
　　　　　Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name _____ Street _____ _____ City　State　ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name _____ Street _____ _____ City　State　ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City　State　ZIP Code | _____ _____ Address _____ _____ | _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City　State　ZIP Code | _____ _____ Address _____ _____ | _____ _____ | ☐ No ☐ Yes |

Debtor ___183 Reserve, Inc._____   Case number (*if known*)_____
              Name

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    183 Reserve, Inc.
                Name                                                                    Case number (if known)_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____   To _____ |
| 25.2. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____   To _____ |
| 25.3. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____   To _____ |

---

Debtor   183 Reserve, Inc.
_____   Case number (if known)_____
         Name

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State        ZIP Code | From _____ To _____ |
| **26a.2.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State        ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** NYS Dept. of Taxation & Finance <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State        ZIP Code | From _____ To _____ |
| **26b.2.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State        ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State        ZIP Code | _____ <br> _____ <br> _____ |

---

Debtor    183 Reserve, Inc.
          _____                    Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.
Name
_____                      _____
Street
_____                      _____

City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

26d.2.
Name
_____
Street
_____

City                    State        ZIP Code

| Name and address |
|---|

26d.2.
Name
_____
Street
_____

City                    State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
Name
_____
Street
_____

City                    State        ZIP Code

Debtor    183 Reserve, Inc._____    Case number (if known)_____
          Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | | |

27.2.  Name _____

       Street _____

       City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mario Yagobi | 183 Bleeker Street, New York, NY 10013 | See Attachment 4 | 100 |
| | | | |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Name _____ | _____ | _____ | |
| Street _____ | | _____ | |
| City _____ State ____ ZIP Code ____ | | _____ | |
| Relationship to debtor _____ | | _____ | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 13

Debtor    183 Reserve, Inc.                                 Case number (if known)_____
          Name

**Name and address of recipient**

Name _____

Street _____

_____

City                    State        ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____          Printed name   Mario Yagobi
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

# Attachment
## Debtor: 183 Reserve, Inc.      Case No:

Attachment 1

    183 Bleeker Street, LLC v. 183 Reserve, Inc.

Attachment 2

    183 Bleeker Street, LLC v. 183 Reserve, Inc.

Attachment 3

    Point of Sale System and Main Computer

Attachment 4

    Sole Officer and Director  - Sole Shareholder

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In Re:

183 Reserve, Inc.,

Debtor

Case No.

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Mario Yabobi 183 Bleeker Street New York, New York 10013 | Common Stock | 0 | Sole Shareholder |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION
OR PARTNERSHIP**

I, _Mario Yagobi, President_ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: _____          Signature: _____

Printed Name:  Mario Yagobi

Title:  President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

# United States Bankruptcy Court
## Southern District of New York

In re **183 Reserve, Inc.**                                      Case No.


        Debtor.                                              Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **183 Reserve, Inc.** _____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:


____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:


OR,

**X** There are no entities to report.


By: _____
**Douglas J. Pick, Esq.**
Signature of Attorney

Counsel for
Bar no.:
Address.: **369 Lexington Avenue, 12th Floor
New York, New York 10017**

Telephone No.: **(212) 695-6000**
Fax No.: **(212) 695-6007**
E-mail address: **dpick@picklaw.net**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

**In re**
    **183 Reserve, Inc.**

Case No. _____

**Debtor**

Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **11,000.00** _____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ **8,000.00** _____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **3,000.00** _____

2.  The source of the compensation paid to me was:

    [X] Debtor         [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [ ] Debtor         [X] Other (specify)   **Yama Management**

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date _____

Signature of Attorney _____

**Pick & Zabicki LLP**

Name of law firm

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    **183 Reserve, Inc.**

Case No. _____

Debtors

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____

Signed: _____

Dated: _____

Signed: _____

Signed: _____

Attorney for Debtor(s)
Bar no.:

Telephone No.:
Fax No.:
E-mail address:

183 Bleeker Street, LLC
c/o The Law Offices of Chapman & Associa
114 Old Country Road, Suite 680
Mineola, NY 11501


183 Bleeker Street, LLC
1040 First Avenue
#329
New York, NY 10022


ARF Financial
3 Waters Park Drive
Suite 231
San Mateo, CA 94403


ARF Financial
c/o Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


DeCicco & Associates, PLLC
259 Liberty Avenue
Staten Island, NY 10305


Farhad Charmforoosh
2625 N. Clark Street
Chicago, IL 60614-1852


Internal Revenue Service
P.O. Box 7346
Centralized Insolvency Operations
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Mario Yagubi
183 Bleeker Street
New York, NY 10013

NYC Dept. of Finance
345 Adams Street
3rd Floor, Attn: Legal Affairs
Brooklyn, NY 11201


NYC Dept. of Finance
345 Adams Street, 3rd Floor, Attn: Legal
Brooklyn, NY 11201


NYC Law Dept.
100 Church Street
New York, NY 10007


NYS Attorney General
120 Broadway
New York, NY 10271


NYS Dept. of Tax & Fin.
Bankruptcy/Special Procedures Section, P
Albany, NY 12205-0300


NYS Dept. of Taxation & Finance
Bankruptcy/Special Procs., P.O. Box 5300
Albany, NY 12205-0300


NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201


Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014


The City of New York
c/o Leopold, Gross & Sommers, P.C.
16 Court Street, #1903
Brooklyn, NY 11241

U.S. Dept. of Justice
Box 55
Washington, District of Columbia 20044


United States Attorney
One St. Andrews Plaza
New York, NY 10007


Yama Management
1677 Lexington Avenue
#2C
New York, NY 10029